

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00368-CV

**BELLA VISTA CMI LTD.** d/b/a Bella Vista Homes d/b/a Bella Vista d/b/a Legend Homes and
CIL Holdings, LLC,
Appellants

v.

Devin **MCCROY** and Deja McCroy,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI04392
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We order
the costs of this appeal to be paid by the parties who incurred them.

SIGNED October 23, 2024.

_____
Beth Watkins, Justice